# UNITED STATES *v.* MALCOLM.

No. 512. Submitted January 12, 1931.—Decided January 19, 1931.

*Solicitor General Thacher, Assistant Attorney General Youngquist, Mr. Sewall Key* and *Miss Helen R. Carloss,* Special Assistants to the Attorney General, and *Mr. Erwin N. Griswold* submitted for the United States.

*Messrs. Kingman Brewster, James S. Y. Ivins, Allen G. Wright, A. J. Hill, O. R. Folsom-Jones, Joseph D. Brady,* and *F. E. Youngman* submitted for Malcolm.

PER CURIAM. The first question certified is answered: No. The second question is answered: Yes. *Poe* v. *Seaborn, ante,* p. 101; *Goodell* v. *Koch, ante,* p. 118; *Hopkins v. Bacon, ante,* p. 122.